DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD BRYSON MOORE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-90

[May 9, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 50-2017-CF-006344-AXXX-MB.

Richard B. Moore, Live Oak, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***